IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE WILLIAMS,

    Plaintiff,

vs.

Case No. C2-08-128
Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

## ORDER

Upon consideration of Hartford Life and Accident Insurance Company's motion to stay pending appeal with posting of supersedeas bond, and without objection from Plaintiff,[1] the motion is **GRANTED** and it is **ORDERED** that a supersedeas bond in the amount of **$224,000.00** is **APPROVED** and that proceedings to enforce the judgment entered by this Court on September 25, 2009 are **STAYED** pending disposition of Hartford Life and Accident Insurance Company's appeal.

**IT IS SO ORDERED.**

11-4-2009
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court contacted counsel for Plaintiff who indicated that he has no objection to the motion and stay.